UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAMMUEL OSBORNE and CARLA ]
OSBORNE ]
    Plaintiffs, ]
 ]
v. ]    No. 3:10-0260
 ]    JUDGE HAYNES
CHASE HOME FINANCE, LLC ]
    Defendant. ]

O R D E R

Plaintiffs have filed a Notice of Appeal (Docket Entry No.5). They have not, however, submitted either the full appellate filing fee or an application to proceed on appeal *in forma pauperis* with their Notice.

Accordingly, the Plaintiffs are hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the Clerk of this Court the entire appellate filing fee of four hundred fifty five dollars ($455.00) or submit an application to proceed on appeal *in forma pauperis*. Callihan v. Schneider, 178 F.3d 800, 803 (6th Cir.1999).

For their convenience, the Clerk shall send the Plaintiffs a blank application to proceed *in forma pauperis*. Plaintiffs are forewarned that, should they fail to comply with these instructions within the specified period of time, their appeal may be dismissed

for failure to prosecute.

It is so **ORDERED**.

**ENTERED** this the 23rd day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge